AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

| | |
|---|---|
| United States of America<br>v.<br>Eliecer Pineda Torres<br><br>*Defendant* | )<br>)  Case No. 1:21-mj-0034<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Eliecer Pineda Torres,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Controlled Substance on Board a Vessel Subject to the United States and Aiding and Abetting; Conspiracy to Possess a Controlled Substance on Board a Vessel Subject to the Jurisdiction of the United States, violations of 46 U.S.C., §§70502(c)(1)(A), 70503(a)(1), 70504(b)(2), and 70506(a) & (b), and Title 18, United States Code, Section 2.

Date:   11/19/2021

*Issuing officer's signature*

City and state:   St. Croix, U.S. Virgin Islands

Magistrate Judge George W. Cannon, Jr.
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/19/2021, and the person was arrested on *(date)* 11/22/2021
at *(city and state)* Miami, FL.

Date: 11/24/2021

*Arresting officer's signature*

Tim Krisik, SA DEA
*Printed name and title*